AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Anthony McCoy<br>(to be filed as a detainer with Pocahontas State Correctional Center)<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 7:24cr00038 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Michael Anthony McCoy,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Bank Robbery or Burglary
Bank Robbery or Burglary
Firearm used in Crime of Violence
Bank Robbery or Burglary

Date: 11/21/2024

*(signature)* Deputy Clerk
*Issuing officer's signature*

City and state: Roanoke, VA

Robert S. Ballou, United States District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*